Nelle E. Powers, defendant in error, v. Joseph Garfield, plaintiff in error. Gen. No. 36,944.

Opinion filed January 15, 1934.

Maxfield Weisbrod, for plaintiff in error. Walter W. Williams, A. C. Lewis and Carter Harrison, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

E. A. Hinrichs and Company, appellee, v. Ernest Ricketts, appellant. Gen. No. 36,991.

Opinion filed January 15, 1934.

Murray Miller, for appellant. Zane, Morse, Zimmerman & Norman, for appellee; George E. Wickens and Franklin D. Trueblood, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Gust Plakotos, appellee, v. David Germain et al., appellants, on appeal of John Orphan, appellant. Gen. No. 37,006.

O'Connor, J., dissenting. Opinion filed January 15, 1934.

Eugene P. Kealy and H. I. Parsons, for appellant; Fay Warren Johnson, of counsel. Wetten, Pegler & Dale, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Edward Glickauf, appellee, v. The Ohio Casualty Insurance Company (of Hamilton, Ohio), appellant. Gen. No. 37,017.

Opinion filed January 15, 1934.

Dent, Weichelt & Hampton, for appellant. Henry A. Steinberg, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.